UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

IN RE:   CHRISTINA MAE SATTLER                    CASE NO.: 13-10054


         DEBTOR                                   CHAPTER 7 CASE


MOTION TO COMPEL DEBTOR TO TURNOVER PROPERTY
OF THE ESTATE AND MOTION FOR SANCTIONS

The motion of Samera L. Abide, trustee, respectfully represents that:

1.

The debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on 01/16/2013. Samera L. Abide was appointed interim trustee in the Chapter 7 case and later became permanent trustee.

2.

The trustee seeks to have the debtor turnover funds in the amount of $1,879.17 to the trustee, more specifically representing:

$1,450.00 FOR SECURITY/ANIMAL DEPOSIT WITH LANDLORD; $29.17 FOR 56" TV; $50.00 FOR DVD/VCR PLAYER; $100.00 FOR BOOKS, PICTURES, ART, COLLECTIONS, AND OTHER MISC. HOUSEHOLD ITEMS; $100.00 OTHER MISC. JEWELRY; $150.00 FOR CAMERA.

3.

On April 12, 2013, the trustee sent an administration letter to the debtor which requested payment of certain estate assets.  A copy of the letter is attached hereto as Exhibit 1 and made a part hereof.

4.

On or about July 31, 2013, the trustee sent an updated administration letter to the debtor which requested payment of certain estate assets.  A copy of the letter is attached hereto as Exhibit 2 and made a part hereof.

5.

On August 14, 2013, the debtor's attorney sent a letter proposing a payment plan of 12 equal installments of $170.83 due on the 1st of each month.  He also noted that the first payment check was in the mail.  A copy of the letter is attached hereto as Exhibit 3 and made a part hereof.

6.

On August 15, 2013, the trustee sent a letter accepting the payment plan on the condition that the debtor timely file her 2013 tax returns and turnover any refunds to which she is entitled and that any remaining balance due to the estate be taken from her portion of the refunds.  A copy of the letter is attached hereto as Exhibit 4 and made a part hereof.

7.

To date, the trustee has received funds totaling $170.83.  A copy of Form 2 is attached hereto as Exhibit 5 and made a part hereof.

8.

The trustee seeks immediate turnover of the funds that are the subject of this motion.

9.

As a result of the debtor's failure to cooperate with the trustee, the trustee is unable to administer the case.

10.

The trustee requests that the debtor be ordered to show cause by this Honorable Court why the debtor should not pay for the property as set forth herein and be sanctioned $500.00 for her failure to cooperate with the trustee.

WHEREFORE, the trustee prays that the debtor be required to turn over the funds immediately and that the debtor be sanctioned $500.00 by this Court for her failure to cooperate with the trustee.  The trustee prays for any other relief to which she may be entitled.

RESPECTFULLY SUBMITTED:


*s/Samera L. Abide*
Samera L. Abide, Bar No. 2288
Trustee
P.O. Box 3616
Baton Rouge, LA 70821
Telephone: (225) 923-1404
Fax: (225) 923-1443
Email:  slabide@abide-law.com



EXHIBIT
1

SAMERA L. ABIDE, TRUSTEE
Attorney at Law
Telephone (225) 923-1404
Fax (225) 923-1443
Email: slabide@abide-law.com

Correspondence to:
17732 Highland Road, Suite G-PMB 107
Baton Rouge, LA 70810-3813

Payments to:
P.O. Box 3616
Baton Rouge, LA  70821

April 12, 2013

Aubrey Kip Wall
Simon Fitzgerald, Cooke, Reed & Welch
10626 Linkwood Crt, Ste. C
Baton Rouge, LA 70810

RE:    Notice of Administration of Estate
       Estate of Christina Mae Sattler, debtor(s)
       Case No. 13-10054
       United States Bankruptcy Court
       Middle District of Louisiana

Dear Counsel:

   **While this communication is directed to you, your client has received a copy to facilitate the response time and as a convenience to you.  If your client(s) wishes to be able to communicate directly with my office a waiver must be executed by you and your client(s).**

   *Debtor(s) if you have questions regarding this letter please contact your attorney and discuss the matter with them.  If you have no questions, please respond directly to my office.*

   Your client(s) are required to repay the deposits and cash (also known as assets) listed on the enclosed Estate Receivables Summary Report.  The total due must be paid in full with 3 equal monthly payments.  If your client(s) is/are not able to meet the payment schedule *YOU OR YOUR CLIENT(S) MUST NOTIFY MY OFFICE IN WRITING* of their proposed schedule along with the first scheduled payment.  You will receive a written confirmation of the new payment schedule once it has been approved by me.

   Please ensure that your client(s) meet the requirements of this letter and mail any information requested to my office within <u>two (2) weeks</u> of the date of this letter.  Your client(s) cooperation is required under the Bankruptcy Code in order for them to get or keep their discharge.  *If your client(s) fail to meet these requirements and/or fail to make their payments timely, I will file appropriate motions with the Bankruptcy Court to compel their cooperation.  This may serve as their only notice prior to the filing of a motion to compel turnover against them and a request for sanctions to be assessed against them.*

NOTES: **THE PAYMENT SCHEDULE ON THE ENCLOSED ESTATE RECEIVABLES SUMMARY REPORT MUST BE ADHERED TO ON ALL NON-DISPUTED ASSETS.**

   **ALL ASSETS AND ASSET VALUES ARE SUBJECT TO CHANGE.**

   **TO BE ACCEPTED, ANY PLAN MUST INCLUDE THAT YOUR CLIENTS WILL**

ALLOW US TO APPLY ANY EXEMPT FUNDS TO WHICH THEY ARE ENTITLED
TOWARDS THE BALANCE DUE THE ESTATE.

**ADDITIONAL REQUIREMENTS/COMMENTS:**

1.  Please remind your client(s) that their 2012 federal and state tax refund must be sent to my office
    to be prorated between your client(s) and their estate. **Your client(s) should not file their taxes
    as a Rapid Anticipation Loan (RAL) or have the refund direct deposited into their bank
    account. When preparing their state tax return they should choose the paper check option.**
    Copies of your client(s) tax returns are required as they are needed in order for me to make the
    computations. Any refunds received post petition for earlier years are property of this estate and
    should be sent to me immediately. IF THE REFUND CHECK(S) ARE CASHED, I WILL FILE A
    TURNOVER MOTION WITH THE COURT WHICH IF NOT PROMPTLY PAID WILL RESULT IN THE DENIAL
    AND/OR REVOCATION OF YOUR CLIENT(S) DISCHARGE AND REQUEST THE COURT FOR $500.00 IN
    SANCTIONS.

    It is important that your client(s) comply with all of the instructions and requirements of this
    letter. Payments should be made to "Samera L. Abide, Trustee" and they should always indicate the case
    number on each check. It is imperative that your client make payments on time. There is only a limited
    period of time within which the payments can be made. (PUT THE CASE NUMBER ON THE
    CORRESPONDENCE, CHECKS, ETC. AND/OR ANY INFORMATION THAT YOU SEND TO THIS
    OFFICE.

    If your client(s) acquire or become entitled to acquire within 180 days after filing bankruptcy any
    interest in property by bequest, devise or inheritance; or as a result of a property settlement agreement
    with their spouse or interlocutory or final divorce decree; or as a beneficiary of a life insurance policy or
    a death benefit plan, you or your client(s) must notify me in writing since this is property of your client(s)
    estate.

    Anytime your client(s) change their mailing address you must notify me in writing, as well as the
    Bankruptcy Court.

                                    Sincerely,

                                    Samera L. Abide

SLA\mpa
cc: debtor(s)
Enclosures

SATTLER, CHRISTINA MAE
820 EDEN OAKS DRIVE
PONCHATOULA, LA 70454

# Receivables Summary Report

| Trustee: Samera L. Abide | Case Number: 13-10054 | Date: 4/12/2013 |
|---|---|---|

Receivable ID: 486
No down payment.
No late fee.
No interest.

Current Balance: $2,050.00
Current Payment Due: $0.00, 05/15/2013

## Payment Schedule

| Payment No. | Due Date | Payment Amount |
|---|---|---|
| 1 | 05/15/2013 | $683.33 |
| 2 | 06/15/2013 | $683.33 |
| 3 | 07/15/2013 | $683.34 |
| Totals | | $2,050.00 |

## Estate Assets

| Asset No. | Asset Description | Sale Price | Received | Balance |
|---|---|---|---|---|
| 2 | Pelican Credit Union Checking | $0.00 | $0.00 | $0.00 |
| Asset Notes: | | | | |
| 3 | Security/Animal Deposit with Landlord | $1,450.00 | $0.00 | $1,450.00 |
| Asset Notes: | | | | |
| 5 | 56" TV | $200.00 | $0.00 | $200.00 |
| Asset Notes: | | | | |
| 6 | 1-DVD/VCR Player | $50.00 | $0.00 | $50.00 |
| Asset Notes: | | | | |
| 7 | Books, Pictures, ARt, Collections, and other Misc. household items | $100.00 | $0.00 | $100.00 |
| Asset Notes: | | | | |
| 9 | Other Misc. Jewelry | $100.00 | $0.00 | $100.00 |
| Asset Notes: | | | | |
| 13 | Camera | $150.00 | $0.00 | $150.00 |
| Asset Notes: | | | | |
| | | $2,050.00 | $0.00 | $2,050.00 |

**Send payments to:**

Samera L. Abide, Trustee
P.O. Box 3616
Baton Rouge, LA 70821

1

EXHIBIT

2

**SAMERA L. ABIDE**
Attorney at Law
P.O. Box 3616
Baton Rouge, LA 70821
Telephone: (225) 923-1404
Fax: (225) 923-1443

July 31, 2013

Aubrey Kip Wall
Simon Fitzgerald, Cooke, Reed & Welch
10626 Linkwood Court, Ste. C
Baton Rouge, LA 70810

Re:    Christina Mae Sattler, Debtor(s)
       Case No.: 13-10054
       United States Bankruptcy Court
       Middle District of Louisiana

Dear Counsel:

   **While this communication is directed to you, your client has received a copy to facilitate the response time and as a convenience to you. If your client wishes to be able to communicate directly with my office a waiver must be executed by you and your client.**

   *Debtor, if you have questions regarding this letter please contact your attorney and discuss the matter with them. If you have no questions, please respond directly to my office.*

   I addressed a letter to you on April 12, 2013 with a copy sent to your client requesting your client to make payment on certain assets of their estate for $2,050.00. As of this date, I have received neither a satisfactory response to my letter from you or your client nor a payment from your client. You or your client must attempt to contact my office in writing explaining why a payment was not sent or submit the balance to the estate by August 20, 2013 or I will take appropriate action to compel turnover and request sanctions for $500.00 against your client. I sincerely hope that this action should not be deemed necessary.

                         Sincerely,

                         Samera L. Abide

SLA/mpa
cc: debtor

**EXHIBIT**

**3**



**FACSIMILE COVER SHEET**
**SIMON, FITZGERALD, COOKE**
**REED & WELCH**
Attorneys at Law
10626 Linkwood Ct., Ste. C
Baton Rouge, Louisiana 70810

Telephone (225)763-4700
Facsimile (225) 763-4701

Date: 8/14/13

To: Samera Abide

From: A. Kip Wall   (Secretary: Jane)

Facsimile: 923-1443

RE: Sattler 13-10054

No. of pages including this cover sheet: 3

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS ATTORNEY PRIVILEGED AND
CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY
NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT,
YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF
THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS
COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, COLLECT,
AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S.
POSTAL SERVICE. WE WILL REIMBURSE YOU FOR POSTAGE. THANK YOU.

Payment is in mail today

# SIMON, FITZGERALD, COOKE, REED & WELCH
## ATTORNEYS AT LAW
10626 LINKWOOD CT., STE. C
BATON ROUGE, LOUISIANA 70810
TELEPHONE (225) 763-4700
FACSIMILE (225) 763-4701
WWW.SIMONFITZGERALD.COM

FRED SIMON (1993)
THOMAS P. FITZGERALD (1993)
ARCHIE M. SIMON (1997)

PAUL M. COOKE
CHATHAM H. REED
KEITH M. WELCH
KEVIN R. MOLLOY
GERALD J. BREAUX
A. KIP WALL
JENNIFER L. PURNELL

ONE LAKESHORE DRIVE
HIBERNIA TOWER, SUITE 1670
LAKE CHARLES, LOUISIANA 70629
TELEPHONE (337) 436-7222

4700 LINE AVENUE, SUITE 200
SHREVEPORT, LOUISIANA 71106
TELEPHONE (318) 868-2600

2250 HOSPITAL DRIVE, SUITE 116
BOSSIER CITY, LOUISIANA 71111
TELEPHONE (318) 747-1600

August 14, 2013

Samera Abide
Chapter 7 Trustee
17732 Highland Rd., Ste. G-107
Baton Rouge, LA 70810

Re:     Christina Mae Sattler
        Case No.: 13-10054

Dear Samera:

I am writing to you regarding the Estate Receivables Report issued in the above-referenced case.

Ms. Sattler proposes to pay the balance owed in 12 equal installments of $170.83 due on the 1st of each month beginning September 1, 2013 and ending August 1, 2014. The first payment in the amount of $170.83 is enclosed with this payment information. In the event that she is able to pay the balance owed at an earlier point, she will do so in order to resolve the debt.

We request your favorable approval of this request. If I may provide additional information or assistance, please advise.

Sincerely,

A. Kip Wall
Attorney at Law

cc:     Christina Sattler

Christina Carter #29                                    DATE 8/14/13         2380

PAY Samera Abide                            $ 170.83/xx
TO THE ORDER OF

One Hundred Seventy & 83/100                          DOLLARS

Pelican State Credit Union

Acct# 13-10054                          Christina Carter

EXHIBIT

4

## SAMERA L. ABIDE, TRUSTEE
Attorney at Law
Telephone (225) 923-1404
Fax (225) 923-1443
Email: slabide@abide-law.com

Correspondence to:
17732 Highland Road, Suite G-PMB 107
Baton Rouge, LA 70810-3813

Payments to:
P.O. Box 3616
Baton Rouge, LA  70821

August 15, 2013

Aubrey Kip Wall
Simon Fitzgerald, Cooke, Reed & Welch
10626 Linkwood Crt, Ste. C
Baton Rouge, LA 70810

Re:    Estate of Christina Mae Sattler, debtor(s)
       Case No.: 13-10054
       United States Bankruptcy Court
       Middle District of Louisiana

Dear Counsel:

**While this communication is directed to you, your client has received a copy to facilitate the response time and as a convenience to you.  If your client(s) wishes to be able to communicate directly with my office a waiver must be executed by you and your client(s).**

*Debtor(s) if you have questions regarding this letter please contact your attorney and discuss the matter with them.  If you have no questions, please respond directly to my office.*

I will accept the payment schedule you requested on behalf of your client in your letter dated August 14, 2013 on the conditions that (1) Ms. Sattler timely file her 2013 tax returns and promptly turnover any refunds to which she is entitled and (2) that any remaining balance due to the estate be taken from her portion of the refunds, whether exempt or not.

If your client(s) become delinquent with the payments, I will file a motion with the court for a turnover order and request sanctions of $500.00.  Therefore, please attempt to keep your client(s) current with the payment plan.

Sincerely yours,

Samera L. Abide

SLA/mpa
cc:  debtor(s)
Enclosure

SATTLER, CHRISTINA MAE
721 PARKWAY AVE
JEFFERSON, LA 70121

# Estate Receivables Summary Report

Trustee: Samera L. Abide                     Case Number: 13-10054                     Date: 8/15/2013

### Payment Schedule

| Pymt. No. | Due Date | Pymt. Amt. | Paid Amt. |
|---|---|---|---|
| 1 | 09/01/2013 | $170.84 | $0.00 |
| 2 | 10/01/2013 | $170.84 | $0.00 |
| 3 | 11/01/2013 | $170.84 | $0.00 |
| 4 | 12/01/2013 | $170.84 | $0.00 |
| 5 | 01/01/2014 | $170.84 | $0.00 |
| 6 | 02/01/2014 | $170.84 | $0.00 |
| 7 | 03/01/2014 | $170.84 | $0.00 |
| 8 | 04/01/2014 | $170.84 | $0.00 |
| 9 | 05/01/2014 | $170.84 | $0.00 |
| 10 | 06/01/2014 | $170.84 | $0.00 |
| 11 | 07/01/2014 | $170.84 | $0.00 |
| 12 | 08/01/2014 | $170.76 | $0.00 |
| | Totals | $2,050.00 | $0.00 |

1

# Estate Receivables Summary Report

| Trustee: Samera L. Abide | Case Number: 13-10054 | Date: 8/15/2013 |
|---|---|---|

## Estate Assets

| Asset No. | Asset Description | Sale Price | Received | Balance |
|---|---|---|---|---|
| 2 | Pelican Credit Union Checking | $0.00 | $0.00 | $0.00 |
| Asset Notes: | | | | |
| 3 | Security/Animal Deposit with Landlord | $1,450.00 | $0.00 | $1,450.00 |
| Asset Notes: | | | | |
| 5 | 56" TV | $200.00 | $0.00 | $200.00 |
| Asset Notes: | | | | |
| 6 | 1-DVD/VCR Player | $50.00 | $0.00 | $50.00 |
| Asset Notes: | | | | |
| 7 | Books, Pictures, ARt, Collections, and other Misc. household items | $100.00 | $0.00 | $100.00 |
| Asset Notes: | | | | |
| 9 | Other Misc. Jewelry | $100.00 | $0.00 | $100.00 |
| Asset Notes: | | | | |
| 13 | Camera | $150.00 | $0.00 | $150.00 |
| Asset Notes: | | | | |
| | | $2,050.00 | $0.00 | $2,050.00 |

**Send payments to:**

Samera L. Abide, Trustee
P.O. Box 3616
Baton Rouge, LA 70821

2

EXHIBIT 5

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 13-10054 | | Trustee Name: | Samera L. Abide |
| Case Name: | SATTLER, CHRISTINA MAE | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | 61-6488992 | | Checking Acct #: | ******4615 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 1/16/2013 | | Blanket bond (per case limit): | $51,529,304.00 |
| For Period Ending: | 1/6/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/15/2013 | (5) | DEBTOR | PARTIAL PAYMENT OF ESTATE ASSETS | 1129-000 | $170.83 | | $170.83 |
| | | | | | | | $170.83 |
| | | | TOTALS: | | $170.83 | $0.00 | $170.83 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $170.83 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $170.83 | $0.00 | |

**For the period of 1/16/2013 to 1/6/2014**

| | |
|---|---|
| Total Compensable Receipts: | $170.83 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $170.83 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/15/2013 to 1/6/2014**

| | |
|---|---|
| Total Compensable Receipts: | $170.83 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $170.83 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 13-10054 | | | Trustee Name: | Samera L. Abide |
| Case Name: | SATTLER, CHRISTINA MAE | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | 61-6488992 | | | Checking Acct #: | ******4615 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 1/16/2013 | | | Blanket bond (per case limit): | $51,529,304.00 |
| For Period Ending: | 1/6/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref.# | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $170.83 | $0.00 | $170.83 |

**For the period of 1/16/2013 to 1/6/2014**

| | |
|---|---|
| Total Compensable Receipts: | $170.83 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $170.83 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/16/2013 to 1/6/2014**

| | |
|---|---|
| Total Compensable Receipts: | $170.83 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $170.83 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |